IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE - MEMPHIS

| | |
|---|---|
| In Re:   LESLIE ROGERS MITCHELL,<br><br>    Debtor. | Case No. 22-25077-JDL<br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Craig Smith of Aldridge Pite, LLP, who states that this law firm's services have been retained by MTGLQ Investors, LP, hereinafter "Creditor," and enters his appearance as counsel of record, requesting notice of all motions, pleadings, and other matters filed in this action.

>                                                              /s/ Craig Smith
>                                                              Craig Smith (024717)
>                                                              Aldridge Pite, LLP
>                                                              Fifteen Piedmont Center
>                                                              3575 Piedmont Road, N.E.,
>                                                              Suite 500
>                                                              Atlanta, GA 30305
>                                                              Telephone: (423) 425-9695
>                                                              Facsimile: (888) 755-2507
>                                                              Attorney for Creditor

## CERTIFICATE OF SERVICE

On December 2, 2022, I caused a copy of the foregoing Notice of Appearance and Request for Notice to be served electronically through the Electronic Case Filing system (ECF) upon Counsel for Debtor and the Case Trustee.

>                                                              /s/ Craig Smith
>                                                              Craig Smith