☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re:  **Leslie Rogers Mitchell** | Case No. 22-25077-L (sfb) |
| Debtors: | Chapter 13 |

**CHAPTER 13 PLAN**

| ADDRESS: | (1) 9500 Plantation Lake Rd.<br>Collierville, TN 38017-9383 | (2) 9500 Plantation Lake Rd.<br>Collierville, TN 38017-9383 |
|---|---|---|

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ **1,400.00**    (☐ weekly, ■ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
■ **PAYROLL DEDUCTION** From:   **ABRMP Management, LLC Tupelo, MS 38804**    OR ( ) DIRECT PAY

**Debtor(2)** shall pay $    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From:           OR (  ) **DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

|   |   |   |
|---|---|---|
| (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19] | ☐ YES | ■ NO |
| (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8] | ☐ YES | ■ NO |
| (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]. | ■ YES | ☐ NO |

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT**:                                    Monthly Plan Payment:

| None | Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:<br>ongoing payment begins<br>Approximate arrearage: | $ |
|---|---|---|

**5. PRIORITY CLAIMS:**

| -NONE- | Amount | $ |
|---|---|---|

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ■ Paid by Trustee to:

| **Rushmore Loan Management Services** | ongoing payment begins | **March 1, 2023** |  |  | $**1,800.00** |
|---|---|---|---|---|---|
| | Approximate arrearage: | 30,000.00 | Interest | 0.00 | $**500.00** |

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:

[Retain lien 11 U.S.C. §1325 (a)]
**-NONE-**

Value of Collateral: _____

Rate of Interest: _____

Monthly Plan Payment: $_____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

**-NONE-**

Amount: _____    Rate of Interest: _____    Monthly Plan Payment: $_____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**    ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**American Express**
**Baptist Memorial Hospital**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $28,691.44**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
■ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None**    ☐ Assumes    **OR**    ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

**/s/ Bruce A. Ralston**                                         Date **December 5, 2022**            .
**Bruce A. Ralston 16260**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**