UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                          Chapter 13
LESLIE ROGERS MITCHELL
Debtor(s)                                                       Case No. 22-25077-L

## NOTICE OF HEARING

The Chapter 13 Trustee's Objection To Confirmation having been filed by Sylvia Ford Brown on December 27, 2022.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Objection To Confirmation shall be held on February 09, 2023, at 9:00 am by telephone or videoconference, if necessary.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/s/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

## OBJECTION TO CONFIRMATION

Comes now your Standing Chapter 13 Trustee who would show unto the Court the following for which relief is sought:

1.  It is reasonably believed and the proof will show that:
The Chapter 13 Petition and plan fail to comply with 11 U.S.C. §1325 (b)(1)(B) which states that the plan payment proposed by debtor shall include all disposable income.

2.  Because the petition fails to comply with applicable provisions of the Bankruptcy Code, the confirmation should be denied and the debtor given an opportunity to submit a modified plan within a reasonable time.

PREMISES CONSIDERED, your Chapter 13 Trustee prays:

1.  That the Court set this objection for a hearing.

2.  That the Court deny confirmation and grant the debtor a reasonable time in which to submit the modified plan.

3.  That the Chapter 13 Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

CC:     CHAPTER 13 TRUSTEE
SZ
        LESLIE ROGERS MITCHELL
        9500 PLANTATION LAKE RD
        COLLIERVILLE, TN  38017-9383

        BRUCE RALSTON ATTORNEY

        All Entities On Matrix