```
                UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF TENNESSEE
```

In re:                                          Chapter 13
LESLIE ROGERS MITCHELL
Debtor(s)                                       Case No. 22-25077-L

_____
                         NOTICE OF HEARING
_____

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been filed by Sylvia Ford Brown on December 27, 2022.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on 2/9/2023, at 9:00 am in the United States Bankruptcy Court, by telephone or videoconference, if necessary.

Debtors should contact their attorney to see if their attendance is necessary.  This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

_____
                        MOTION TO DISMISS
             CHAPTER 13 CASE FOR SUFFICIENT GROUNDS
_____

Comes now your Standing 13 Trustee who would show unto the Court that pursuant to 11 U.S.C. 1307 he or she reasonably believes there are sufficient grounds to dismiss this case.  It is reasonably believed and the proof will show that:
The Chapter 13 Petition and plan fail to comply with 11 U.S.C. §1325 (b)(1)(B) which states that the plan payment proposed by debtor shall include all disposable income.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

CC:  CHAPTER 13 TRUSTEE
SZ

     LESLIE ROGERS MITCHELL
     9500 PLANTATION LAKE RD
     COLLIERVILLE, TN  38017-9383

     BRUCE RALSTON ATTORNEY